UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ERIC RURAL HANNA,

           Plaintiff,           Case No. 2:25-cv-220

v.                                    Honorable Sally J. Berens

MIKE BROWN et al.,

           Defendants.
_____/

## ORDER

This is a civil rights action brought under 42 U.S.C. § 1983 by a former state prisoner. It was recently transferred from the United States District Court for the Eastern District of Michigan where venue was improper.

Local Civil Rule 41.1 provides that "[f]ailure of a plaintiff to keep the Court apprised of a current address shall be grounds for dismissal for want of prosecution." W.D.Mich. LCivR 41.1. The Eastern District has a similar rule:

> [E]very party not represented by an attorney must include his or her contact information consisting of his or her address, e-mail address, and telephone number on the first paper that person files in a case. If there is a change in the contact information, that person promptly must file and serve a notice with the new contact information. The failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs.

E.D.Mich. LR 11.2. Plaintiff was familiar with that rule. On November 10, 2024, he advised the Eastern District of his "new address pursuant to E.D.Mich. LR 11.2." (ECF No. 5, PageID.31.)

A few weeks ago, the Michigan Department of Corrections paroled Plaintiff. The Court has attempted to serve documents on Plaintiff at the address he provided; but, the documents have been returned as "undeliverable." (ECF No. 9.)

Plaintiff has failed to comply with his obligation to keep the Court apprised of his current address. Since Plaintiff's parole, he has had no contact with the Court. Because Plaintiff has wholly failed to comply with his obligation to keep the Court apprised of his current address, the Court will issue a judgment dismissing the case without prejudice for lack of prosecution. *White v. City of Grand Rapids*, 34 F. App'x 210 (6th Cir. 2002).

Moreover, Plaintiff's pending motion for leave to proceed in forma pauperis (ECF No. 2) is **DENIED** as **MOOT**

**IT IS SO ORDERED**.


Dated:   September 30, 2025                   /s/ Sally J. Berens
                                              SALLY J. BERENS
                                              United States Magistrate Judge