UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

ERIC RURAL HANNA,

        Plaintiff,

Case No. 2:25-cv-220

v.

Honorable Sally J. Berens

MIKE BROWN et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to keep the Court apprised of a current address.

Dated: September 30, 2025

/s/ Sally J. Berens
SALLY J. BERENS
United States Magistrate Judge